WESTERN NEW YORK WATER COMPANY, Appellant, *v.* ERIE COUNTY WATER AUTHORITY et al., Respondents.

Argued April 14, 1953; decided May 22, 1953.

*Frank G. Raichle, Reid S. Moule, Julius L. Sackman* and *Arnold Weiss* for appellant.

*Laurence J. Olmsted* and *Melvin L. Long* for Erie County Water Authority and others, respondents.

*Wortley B. Paul* and *Elmer R. Weil* for County of Erie and others, respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.